IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00347-GPG

DAMON E. GALE,

    Plaintiff,

v.

ROBB JACOB, PO4021, Denver Police Officer,

    Defendant.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

    DATED February 22, 2015, at Denver, Colorado.

                                                    BY THE COURT:

                                                    S/ Gordon P. Gallagher

                                                    United States Magistrate Judge